# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **A.L.**, a minor, by **ROBERT CAMPBELL, ESQUIRE**, *et al.*, | : | **CIVIL ACTION NO. 1:09-CV-695** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **ACE AMERICAN INSURANCE**, *et al.*, | : | |
| Defendants | : | |

## **O R D E R**

AND NOW, this 23rd day of September, 2010, upon consideration of Defendants' Motion (Doc. 92) to Stay Scheduling Order Deadlines Pending Disposition of Plaintiffs' Objections to Magistrate Judge Smyser's Report and Recommendation, it is hereby ORDERED that said motion is GRANTED. All scheduling order deadlines are STAYED pending disposition of the Plaintiffs' Objections, with said deadlines to be reset by the court following said disposition, if needed.

                                                  S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge